
# Blue Williams

3421 NORTH CAUSEWAY BLVD., SUITE 900
METAIRIE, LA 70002
T (504) 831-4091
F (504) 837-1182
WWW.BLUEWILLIAMS.COM

WRITER'S DIRECT
T (504) 830-4919
F (504) 849-3033
E vlacy@bluewilliams.com

VIRGIL A. LACY III | PARTNER

Mary 31, 2022

*Via fax:* 1.318.435.6792

FRANKLIN PARISH CLERK OF COURT
ATTENTION: CIVIL FILING DEPT.
Post Office Box 1564
6550 Main Street
Winnsboro, LA 71295

    Re:    Deborah Wilson vs. Old Republic Insurance Company, et. al
           Docket No.: 47,946

Dear Sir or Madam:

Pursuant to my call today, please provide a complete copy of the record in this matter. Please fax the record to me at (504) 849-3033. We stand ready to pay the costs for this service.

Thank you in advance for all courtesies extended.

                          Sincerely,

                          *Virgil A. Lacy, III*

                          Virgil A. Lacy, III

*[Handwritten:]* 5/31/22 Copy of file as requested, fax fee $19.00 Thank you, Alene

NEW ORLEANS      METAIRIE      MANDEVILLE      HOUSTON

**EXHIBIT 1**

## STATE OF LOUISIANA ** PARISH OF FRANKLIN
## FIFTH JUDICIAL DISTRICT COURT

**DEBORAH WILSON**

**VERSUS NO.** 47946A

**OLD REPUBLIC INSURANCE COMPANY, GREENBELT TRANSPORT, LLC, AND JOHN DALE GRIEDER**

**FILED:** May 5, 2022

_Alene Mayo_
**DEPUTY CLERK OF COURT**

Louisiana Civil Case Reporting
Civil Case Cover Sheet – La. R.S. 13:4688 and
Part G, Sec. 13, Louisiana Supreme Court General Administrative Rules

Name of Lead Petitioner's Attorney:   Ryan T. Lloyd

Number of named petitioners:   1        Number of Named defendants:   3

Type of Lawsuit: (no more than 3 categories should be checked)

| | | | |
|---|---|---|---|
| x | Auto: Personal Injury | x | Auto: Property Damage |
| | Auto: Wrongful Death | | Auto: Uninsured Motorist |
| | Asbestos: Property Damage | | Asbestos: Personal Injury/Death |
| | Product Liability | | Premises Liability |
| | Intentional Bodily Injury | | Intentional Property Damage |
| | Intentional Wrongful Death | | Unfair Business Practice |
| | Business Tort | | Fraud |
| | Defamation | | Professional Negligence |
| | Environmental Tort | | Medical Malpractice |
| | Intellectual Property | | Toxic Tort |
| | Legal Malpractice | | Other Tort (describe below) |
| | Other professional malpractice | | Redhibition |
| | Maritime | | Class action (nature of case) |
| | Wrongful Death | | Merchant Liability – Falling merchandise |
| | General Negligence | | |

Please briefly describe the nature of the litigation in one sentence of addition detail:

This accident was an automobile incident involving Ms. Wilson who was in Franklin Parish when she was injured by another motorist on May 25, 2021.

Name, address and contact information of person completing form:

Name:   Ryan Lloyd          Signature: _____

Address: 2700 Forsythe Avenue, Monroe, LA 71201
Phone number: (318) 855-0862        Email address: rlloyd@getgordon.com

**FILE COPY**

FIFTH JUDICIAL DISTRICT COURT
FRANKLIN PARISH, LOUISIANA

STATE OF LOUISIANA ** PARISH OF FRANKLIN
FIFTH JUDICIAL DISTRICT COURT

DIVISION "A" JUDGE
CLAY HAMILTON

DEBORAH WILSON

FILED: May 5, 2022

VERSUS NO. 47,946A

_Alenu Mayo_
DEPUTY CLERK OF COURT

OLD REPUBLIC INSURANCE COMPANY,
GREENBELT TRANSPORT, LLC, AND
JOHN DALE GRIEDER

## PETITION FOR DAMAGES

The Petition of **DEBORAH WILSON** (hereinafter "**WILSON**"), a major resident of Franklin Parish, Louisiana, respectfully represents:

1.

Petitioner shows that they name as Defendants herein the following:

   a. **OLD REPUBLIC INSURANCE COMPANY**, a foreign insurance corporation, authorized to do business and doing business in the state of Louisiana, who may be served through the Louisiana Secretary of State, (hereinafter "**REPUBLIC**");

   b. **GREENBELT TRANSPORT, LLC** a foreign corporation, authorized to do and doing business in the state of Louisiana, who may be served through its Register Agent, via Long Arm, CT Corporation System, (hereinafter "**GREENBELT**");

   c. **JOHN DALE GRIEDER**, a major resident of Ankeny, Iowa, who may be served via Long Arm Citation, (hereinafter "**GRIEDER**");

2.

Petitioner shows that, at all material times mentioned herein, specifically on May 25, 2021, Petitioner **WILSON** was the permissive operator of a 2015 Mercedes C300 (hereinafter "**MERCEDES**"), while traveling southbound on Front Street / Hwy 15 in Franklin Parish, Louisiana.

3.

Petitioner shows that, at all material times mentioned herein, specifically on May 25, 2021, the Defendant **GRIEDER** was the owner and operator of a 2002 Peterbilt, (hereinafter "**PETERBILT**"), while traveling southbound on Front Street / Hwy 15 in Franklin Parish, Louisiana.

4.

Petitioner shows that suddenly and without warning, the **MERCEDES** being operated by Petitioner **WILSON** was struck by the **PETERBILT** operated by **GRIEDER**, resulting in a collision.

5.

Petitioners show that the above-described accident was caused by the sole fault and negligence of Defendant **GRIEDER**, which negligence is set forth in the following particulars, to-wit:

a. Failure to maintain control of said vehicle(s)

b. Failure to maintain a proper lookout

c. Inattentiveness

d. Failure to yield

e. Failure to take steps to avoid the accident; and

f. Careless operation of said vehicle.

Petitioner reserves the right to show other such acts of negligence as may be determined during the course of discovery which will be shown on the trial hereof.

6.

Petitioner shows that as a result of the hereinabove described accident, **WILSON** suffered personal injuries including, but not limited to, injuries to her head, neck, and back. Petitioner **WILSON** is entitled to general and special damages as reasonable in the premises and itemizes the personal injury and all damages, which **WILSON** sustained in this accident in the following non-exclusive particulars, to-wit:

a. Pain and suffering (past, present and future);
b. Disability (whether temporary or permanent);
c. Mental anguish and distress (past, present and future);
d. Medical expenses (past present and future);
e. Loss of enjoyment of life (past, present and future);
f. Household services;
g. Lost wages (past, present and loss of future earning capacity); and
h. Damage, depreciation and loss of use of vehicle

Petitioner reserves the right to add other such damages arising from the accident described in this Petition.

7.

Petitioner shows that at all times mentioned herein, there existed and was in full force and effect a policy(ies) of automobile liability insurance in favor of the Defendant **GRIEDER** and **GREENBELT** issued by the Defendant(s) **OLD REPUBLIC** wherein **OLD REPUBLIC** undertook to pay and satisfy all claims for damage, injury or death resulting or arising from the negligent acts and/or omissions of the Defendant driver(s)

named herein in the operation of the respective vehicles listed herein, and said policy(ies) of insurance inures to the benefit of Petitioner herein. Petitioner further shows that he has a direct right of action against the Defendant insurers listed herein.

8.

Petitioner shows that upon information and belief that, at all times material herein, the Defendant **GRIEDER** was employed by and was acting within the course and scope of his employment with the Defendant **GREENBELT** rendering the Defendants, **GREENBELT** and **OLD REPUBLIC** vicariously liable for the acts of negligence of **GRIEDER**, under the doctrine of *respondeat superior*.

9.

Petitioner shows that the Defendants, **OLD REPUBLIC, GREENBELTH**, and **GRIEDER** are truly and justly indebted unto Petitioner **WILSON**, in the amounts and sums as are reasonable in the premises with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**WHEREFORE, PETITIONER PRAYS** that this Petition be duly filed and served on all Defendants, and that after due proceedings had, there be Judgment herein in favor of Petitioner **DEBORAH WILSON**, and against the Defendants, **OLD REPUBLIC INSURANCE COMPANY, GREENBETL TRASNPORT, LLC** and **JOHN DALE GRIEDER** jointly, severally and *in solido*, in the amounts and sums as are reasonable in the premises with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**WHEREFORE, PETITIONER FURTHER PRAYS** for full, general and equitable relief.

Respectfully submitted,

**RYAN T. LLOYD, #38325**
Gordon McKernan Injury Attorneys LLC
ATTORNEY FOR PETITIONERS
2700 Forsythe Avenue
Monroe, LA 71201
Telephone: (318) 855-0862
Facsimile: (318) 398-2791
Email: rlloyd@getgordon.com

**PLEASE SERVE THE FOLLOWING DEFENDANTS:**

OLD REPUBLIC INSURANCE COMPANY
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Drive
Baton Rouge, LA 70809

GREENBELT TRANSPORT, LLC
**Via Long Arm**
Through its Agent for Service of Process:
CT Corporation System
500 E Court Ave
Des Moines, IA 50309

JOHN DALE GRIEDER
808 NW 37th CT
Ankeny, IA 50023

Ryan Lloyd, Attorney
rlloyd@getgordon.com
D: (318) 855-0862
F: (318) 398-2791


**GORDON**
MCKERNAN INJURY ATTORNEYS

2700 Forsythe Ave.
Monroe, LA 71201

Terra Fitch, Paralegal
tfitch@getgordon.com
D: (318) 450-4394
F: (318) 398-2791

May 4, 2022

Writer's email: rlloyd@getgordon.com

Via FedEx:
Franklin Parish Clerk of Court
Attn: Civil Dept. – New Suit
6550 Main Street
Winnsboro, LA 71295

RE: New Suit – Civil
Deborah Wilson v. Old Republic, et al

To whom it may concern:

Please find attached herewith our original Petition for Damages for the above captioned matter that we are filing via FedEx. Additionally, please forward to our office a stamped copy of the attached Petition to our office at **318-398-2791**. The original(s) along with the filing fees are included herewith. If you have any questions or require additional information, please do not hesitate to contact our office.

Thanking you for your kind professional courtesies and extending my own, I remain

Sincerely,

Ryan Lloyd
Attorney at Law
Gordon McKernan Injury Attorneys

Attachment:
Petition for Damages
Civil Action Cover Sheet
Check for filing fees

*Please note to ensure proper delivery of any correspondence to Ryan Lloyd, remit to the above listed address only.*

www.getgordon.com

OFFICES:
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

## Citation – Long Arm Statue

DEBORAH WILSON  
VS.  
OLD REPUBLIC INSURANCE COMPANY,  
GREENBELT TRANSPORT, LLC, AND  
JOHN DALE GRIEDER

FIFTH JUDICIAL DISTRICT COURT  
FRANKLIN Parish, Louisiana

State of Louisiana

DOCKET NUMBER: C-47946A

To: GREENBELT TRANSPORT, LLC  
THROUGH ITS AGENT FOR SERVICE OF PROCESS:  
CT CORPORATION SYSTEM  
500 E COURT AVE  
DES MOINES, IA 50309

*After the filing in the record of the affidavit of the individual who mailed the process to the defendant showing that it was enclosed in an envelope addressed with sufficient postage affixed and the date it was deposited in the U.S. Mail, to which shall be attached the return receipt of the defendant.*

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Franklin Parish Courthouse in the Town of Winnsboro.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Franklin Parish, on this May 6, 2022.

ANITA WYGAL, Clerk of Court

*Alene Mayo*  
Deputy Clerk of Court  
Franklin Parish, Louisiana

A certified copy of this citation and of the  
Petition this day returned to counsel for  
Plaintiff to be served by Long Arm Statute,  
R. S. 13:3201. May 6, 2022.

*Alene Mayo*  
Deputy Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $ _____   BY: _____

MILEAGE $ _____         DEPUTY SHERIFF
TOTAL   $ _____

ORIGINAL – RETURN        COPY – SERVICE        COPY – CLERK

D810176

## Citation – Long Arm Statue

DEBORAH WILSON  
VS.  
OLD REPUBLIC INSURANCE COMPANY,  
GREENBELT TRANSPORT, LLC, AND  
JOHN DALE GRIEDER  

FIFTH JUDICIAL DISTRICT COURT  
FRANKLIN Parish, Louisiana  

State of Louisiana

DOCKET NUMBER: C-47946A

To: JOHN DALE GRIEDER  
808 NW 37TH CT  
ANKENY, IA 50023

*After the filing in the record of the affidavit of the individual who mailed the process to the defendant showing that it was enclosed in an envelope addressed with sufficient postage affixed and the date it was deposited in the U.S. Mail, to which shall be attached the return receipt of the defendant.*

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR within THIRTY (30) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of this Court at the Franklin Parish Courthouse in the Town of Winnsboro.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within THIRTY (30) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for Franklin Parish, on this May 6, 2022.

ANITA WYGAL, Clerk of Court

*Alene Mayo*  
Deputy Clerk of Court  
Franklin Parish, Louisiana

A certified copy of this citation and of the  
Petition this day returned to counsel for  
Plaintiff to be served by Long Arm Statute,  
R. S. 13:3201. May 6, 2022.

*Alene Mayo*  
Deputy Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____     BY:_____  
MILEAGE $_____            DEPUTY SHERIFF

TOTAL $ _____

ORIGINAL – RETURN     COPY – SERVICE     COPY – CLERK

D810184

ANITA WYGAL, CLERK
FIFTH JUDICIAL DISTRICT COURT
FRANKLIN PAIRH, LOUISIANA
P. O. BOX 1564
WINNSBORO, LOUISIANA 71295
TELEPHONE: 318-435-5133
May 6, 2022

Mr. Ryan T. Lloyd
GORDON MCKERNAN INJURY ATTORNEYS
2700 FORSYTHE AVENUE
Monroe, Louisiana 71201

In Re: Deborah Wilson
Vs. No. 47,946A
Old Republic Insurance Company, et al

Dear Mr. Lloyd:

Enclosed please find a certified copies of Citations and of Petitions for service through the Louisiana Long Arm Statute in the above styled and numbered matter.

Thank you for your attention in this matter.

Sincerely,

ANITA WYGAL, CLERK OF COURT

BY: *Alene Mayo*
Deputy Clerk of Court

FILE COPY

ANITA WYGAL
FRANKLIN PARISH CLERK OF COURT
FIFTH JUDICIAL DISTRICT COURT
P. O. BOX 1564
WINNSBORO, LOUISIANA 71295
May 6, 2022

Honorable Sid J. Gautreaux, III
Sheriff of East Baton Rouge Parish
P. O. Box 3277
Baton Rouge, Louisiana 70821

In Re: Deborah Wilson
Vs. No. 47,946A
Old Republic Insurance Company, et al

Dear Sir:

Enclosed please find a Citation to be served in the above styled and numbered matter in your Parish. Please make service on the enclosed and make your return to this office. Our checks for your fees for service in the amount of $39.36 and in the amount of $50.00 for service through the Secretary of State are enclosed.

Thank you for your assistance in this matter.

Sincerely,

ANITA WYGAL, CLERK OF COURT

BY: *Alene Mayo*
Deputy Clerk of Court

Enclosure

FILE COPY

# Citation

DEBORAH WILSON  
Versus  
OLD REPUBLIC INSURANCE COMPANY,  
GREENBELT TRANSPORT, LLC, AND JOHN DALE  
GRIEDER  

DOCKET NUMBER: C-47946A  
FRANKLIN Parish, Louisiana  
FIFTH JUDICIAL DISTRICT COURT  

To: OLD REPUBLIC INSURANCE COMPANY  
THROUGH ITS AGENT FOR SERVICE OF PROCESS:  
LOUISIANA SECRETARY OF STATE  
8585 ARCHIVES DRIVE  
BATON ROUGE, LOUISIANA 70809  

You are named as a defendant in the above captioned matter. Attached to this citation is the following:
- __X__ Certified Copy of Original Petition
- _____ Certified Copy of Amended Petition
- _____ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 5th Judicial District Court located at the Franklin Parish Clerk of Court Office, 6550 Main St, Winnsboro, LA 71295, within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall by filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the amended petition.

C. The Court may grant additional time for answering.  
**Article 1151 of the Louisiana Code of civil Procedure provided in pertinent part:**  
A defendant shall plead in response to an amended petition within the time remaining for pleading to the original pleading or within ten (10) days after service of the amended petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT STAFF CANNOT PROVIDE LEGAL ADVICE.**

This Citation was issued by the Clerk of Court for the 5th Judicial District Court on May 6, 2022.

ANITA WYGAL, Clerk of Court

By: *Alene Mayo*  
Deputy Clerk of Court, Fifth District Court  
Franklin Parish, Louisiana

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20____.

SERVICE $_____      BY:_____
MILEAGE $_____              DEPUTY SHERIFF
TOTAL    $_____

ORIGINAL – RETURN          COPY – SERVICE     COPY - CLERK

Document Number: D810168

FILE COPY